# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| _____ | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHANGE TIME TO COMPLY WITH COURT'S ORDER CONCERNING NON-BONA-FIDE RIDE RECEIPTS** |
| This Document Relates to: | |
| *Jane Doe LS 333 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05930-CRB | Judge: Honorable Charles R. Breyer |
| *Jane Doe LS 397 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05864-CRB | Hearing Date: October 31, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

## [PROPOSED] ORDER

Having considered Plaintiffs' Motion to Change Time to Comply With Court's Order Concerning Non-Bonafide Ride Receipts, the Court therefore hereby ORDERS as follows:

1. The deadline to produce native receipts and metadata is extended from September 23, 2025 to October 14, 2025;

2. The deadline to produce related documents and communications is extended from September 23, 2025 to October 14, 2025; and

3. The deadline to appear for a deposition regarding authenticity is extended from October 9, 2025 to October 30, 2025.

**IT IS SO ORDERED.**

DATED: _September 22_, 2025



HO_____
Un_____
Judge Charles R. Breyer